UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PETER MOSS,

                Plaintiff,

    v.                                          Civil No.6:13-cv-01150-AA

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,
                Defendant.

## JUDGMENT

Pursuant to the Order signed on 5/21/2014, this action is reversed and remanded for further administrative proceedings consistent with the Order of Remand.

Dated this 24th of September 2014.

Ann Aiken
United States District Judge

JUDGMENT